■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN S. TUSZYNSKI, Appellant. [636 NYS2d 689] —Judgment

unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.